JANUARY 24, 1945

No. 6096.— —*S.*
H. Pomerance Co., Inc., for account of *M. J. Lampert & Sons, Inc.* v. *United States.* Entered at New York, N. Y. (Not published). Motion by plaintiff·